LODGED

2003 JUL -8 AM 9:15
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

1  **GELFAND RAPPAPORT & GLASER LLP**
   Jerry Rappaport, SBN 67219
2  Thomas H. Vidal, SBN 204432
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025
   310/477-7446 (Fax) 310/473-0906
4
   Attorneys for Plaintiff
5  SHERRI LYNN OLSON

CLOSED

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACV 03-963 CJC

| | |
|---|---|
| SHERRI LYNN OLSON, | Case No.: ~~CV-02-05664-NM~~ (PLAx) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| WARNER BROS.; and DOES 1 through 50, inclusive. | |
| Defendants. | |

///
///

✓ Docketed
✓ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

ENTER ON ICMS
JUL 15 2003

20

-1-

STIPULATION OF DISMISSAL

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to FRCP 41(a) (1).

5 Dated: June 25, 2003

SHERRI LYNN OLSON

GELFAND RAPPAPORT & GLASER LLP

THOMAS H. VIDAL
Attorneys for Plaintiff,
SHERRI LYNN OLSON

Dated: July 2, 2003

WARNER BROS

Ruth Anne Taylor
Attorneys for Defendant
WARNER BROS., a division of Time Warner Entertainment Company, L.P.

IT IS SO ORDERED

Dated: 7/8/03

~~Nora M. Manella~~
United States District Judge

H:\Olson\65180.901\Pleadings\Stipulation of Dismissal.doc

-2-
STIPULATION OF DISMISSAL